| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF ILLINOIS <br><br> Case number *(if known)* _____      Chapter you are filing under: <br> ☐ Chapter 7 <br> ☑ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13     ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **SV Care, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Southview Manor** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-2849186** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **3311 South Michigan Ave.** <br> **Chicago, Illinois 60616** <br> Number, Street, City, State & ZIP Code <br><br> **Cook** <br> County      **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **c/o TM Healthcare Management** <br> **15443 Summit Ave.** <br> **Oakbrook Terrace, IL 60181** <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: _____ |

7. **Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **SEE ATTACHED** | Relationship to you |
|---|---|---|
| District | When | Case number, if known |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☑ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☑ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**SV Care, LLC, a Delaware limited liability company**

**By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member**

    **By: JLM Financial Investments 13, LLC,
a Texas limited liability company,
its general partner**

X _____
**By:
Patrick Laffey, Manager and
Designated Representative**

Printed name

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor                    MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**   Email address

**06183621**
Bar number and State

**Burke Warren MacKay & Serritella P.C.**
Firm name

**330 North Wabash Avenue
Suite 2100
Chicago, Illinois 60611**
Number, Street, City, State & ZIP Code

Contact phone  **312-840-7000**   Email address

## Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

SV Care, LLC, a Delaware limited liability company

By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member

    By: JLM Financial Investments 13, LLC,
    a Texas limited liability company,
    its general partner

X _____
Patrick Laffey, Manager and Designated Representative

_____
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 10/30/17
MM / DD / YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone  312-641-6777    Email address _____

06183621
Bar number and State

Burke Warren MacKay & Serritella P.C.
Firm name

330North Wabash Avenue
Suite 2100
Chicago, Illinois 60611
Number, Street, City, State & ZIP Code

Contact phone  312-840-7000    Email address _____

**RELATED BANKRUPTCY CASES FILED**

| **Debtor** | **Relationship** | **District** | **Date Filed** | **Case No.** |
|---|---|---|---|---|
| BT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CC Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| FT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| KT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| TN Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| WCT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JLM Financial Healthcare, LP | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |

Fill in this information to identify the case:
Debtor name: **SV Care, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allstate - American Heritage Insurance PO BOX 650514 Dallas, TX 75265-0514 | | | | | | $26,869.41 |
| City of Chicago 121 N. LaSalle St. 7th Floor Chicago, IL 60602 | | taxes | | | | $22,200.00 |
| City of Chicago Water Division Department of Revenue-Water Divison PO BOX 6330 Chicago, IL 60680-6330 | | | | | | $127,041.31 |
| Cloverleaf Farms Distributors Inc. 13835 S. Kostner Crestwood, IL 60445 | | | | | | $16,547.68 |
| Constellation - Electric PO BOX 4640 Carol Stream, IL 60197-4640 | | | | | | $52,766.42 |
| Constellation - Gas Bank of America Lockbox Services 15246 Collections Center Dr. Chicago, IL 60693-0152 | | | | | | $11,355.56 |
| Ecolab PO BOX 70343 Chicago, IL 60673-0343 | | | | | | $19,318.60 |

Debtor **SV Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Edward Don & Co.** 9801 Adam Don Parkway Woodridge, IL 60517 | | | | | | $16,016.85 |
| **Fitzsimmons Hospital Services** PO Box 497 Oak Forest, IL 60452 | | | | | | $30,915.26 |
| **Illinois Council on Long Term Care** 203 N. LaSalle St. Suite 2100 Chicago, IL 60601 | | | | | | $115,140.00 |
| **Medline Industries Inc.** Dept. CH 14400 Palatine, IL 60055-4400 | | | | | | $42,857.58 |
| **ONR National** 1101S Capital of Texas Hwy Bldg G Ste 200 Austin, TX 78746 | | | | | | $15,481.85 |
| **Performance Food Group-TPC** 8001 TPC. Road Rock Island, IL 61204-7210 | | | | | | $93,388.56 |
| **Pharmore Drugs LLC** 3412 W. Touhy Skokie, IL 60076 | | | | | | $26,631.14 |
| **PointClickCare** P.O.Box 674802 Detroit, MI 48267 | | | | | | $28,969.69 |
| **Rehab Care** P.O. Box 503534 St. Louis, MO 63150-3534 | | | | | | $172,089.80 |
| **Relias & Tsonas LLC** 150 S WACKER DR SUITE 1600 Chicago, IL 60606 | | | | | | $14,507.21 |
| **STERICYCLE INC** P.O. BOX 6575 CAROL STREAM, IL 60197-6575 | | | | | | $51,247.33 |
| **UFCW Local 1546** 1340 Remington Rd. Ste. WX Schaumburg, IL 60173 | | | | | | $11,040.00 |

Debtor **SV Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waste Management**<br>**PO BOX 4648**<br>**Carol Stream, IL**<br>**60197-4648** | | | | | | $22,994.76 |

A Plus Security & Safety Training INC
807 East 82nd Street
Chicago, IL 60619

AT&T
PO BOX 5080
Carol Stream, IL 60197-5080

City of Chicago Water Division
Department of Revenue-Water Diviso
PO BOX 6330
Chicago, IL 60680-6330

Ace Hardware
155 Peterson Rd
Libertyville, IL 60048

AT&T Long Distance - SV
PO BOX 105068
Atlanta, GA 30348-5068

Cloverleaf Farms Distributors Inc.
13835 S. Kostner
Crestwood, IL 60445

ACI
2450 Delta Lane
Elk Grove Village, IL 60007

Bed Bug Solutions Inc.
949 Greenview
Des Plaines, IL 60016

Cohn & Reznick
200 South Wacker Drive
Chicago, IL 60606

Aetna
333 West Wacker Drive
Chicago, IL 60606

Blue Cross Blue Shield
300 East Randolph Street
Chicago, IL 60601-5099

Community Care Alliance
322 S. Green Street, Suite 400
Chicago, IL 60607

Air Cleaning Specialists Inc.
7117 W. Grand Ave.
Chicago, IL 60707

Briggs Healthcare
4900 University Avenue
Suite 200
West Des Moines, IA 50266

Concentra
Occupational Health Centers of IL
PO Box 488
Lombard, IL 60148-0488

Allstate - American Heritage Insurance
PO BOX 650514
Dallas, TX 75265-0514

BT Bourbonnais Care, LLC
133 Mohawk Dr.
Bourbonnais, IL 60914

Constellation - Electric
PO BOX 4640
Carol Stream, IL 60197-4640

Alpha Baking Co.
36230 Treasury Center
Chicago, IL 60694

Centrad Healthcare Inc
184 Shuman Blvd
Suite 130
Naperville, IL 60563

Constellation - Gas
Bank of America Lockbox Services
15246 Collections Center Dr.
Chicago, IL 60693-0152

Alternative Energy Solutions
PO BOX 129
Schererville, IN 46375-0129

Cigna Healthspring
9701 W. Higgins Road
Suite 360
Des Plaines, IL 60018

Cook County Care
322 S. Green Street, Suite 400
Chicago, IL 60607

American Medical Oxygen Sales Cop.
PO BOX 767-5908
Columbia Ave.
Hammond, IN 46325-0767

City of Chicago
121 N. LaSalle St.
7th Floor
Chicago, IL 60602

CPI
10850 W. Park Place
Suite 600
Milwaukee, WI 53224

ANGEL'S Lawn Maintenance
PO BOX 493
Lansing, IL 60438

City of Chicago (sales use& trans tax)
333 S. State St.
RM 300
Chicago, IL 60604

Crest Healthcare Supply
P.O. Box 727
Dassel, MN 55325-0727

Daniel McNamera
c/o O'Donnell Haddad LLC
14044 Petronella Drive, #1
Libertyville, IL 60048

Emedco Inc.
39209 Treasury Center
Chicago, IL 60694-9200

Grainger
1820 Moen Avenue
Rockdale, IL 60436

DAR PRO Solutions
Darling International Inc.
PO Box 552210
Detroit, MI 48255-2210

Empire Cooler Service Inc.
940 W. Chicago Ave.
Chicago, IL 60642

Harmony Health Plan
29 North Wacker Drive
Suite 300
Chicago, IL 60606-3203

DirecTV
PO Box 5006
Carol Stream, IL 60197

Family Health Network
322 South Green St. Suite 400
Chicago, IL 60607

HATHAWAY HEALTHCARE RESOU
1107 S. MANNHEIM ROAD
SUITE 308
WESTCHESTER, IL 60154

Dr. Chandra Anand
8900 S County Line Rd
Burr Ridge, IL 60527

FERN Office Supplies
PO BOX 100895
Atlanta, GA 30384-4174

Healthcare and Family Services
HFS/Bureau of Fiscal Operations
PO BOX 19491
Springfield, IL 62794-9491

Dr. Jolly Anand
8900 S County Line Rd
Burr Ridge, IL 60527

First Advantage Tax Consulting Services
P.O.Box 404537
Atlanta, GA 30384-4537

Hinckley Springs
PO BOX 660579
Dallas, TX 75266-0579

Dr. Puppala
Dr. Shyam Puppala
8 Red Hill Lane
South Barrington, IL 60010

Fitzsimmons Home Medical Equipment
800 W. 186th Street
Tinley Park, IL 60487

HOLLAND & KNIGHT
PO BOX 864084
ORLANDO, FL 32886

e-Health Data Solutions
PO BOX 385
Aurora, OH 44202-0385

Fitzsimmons Hospital Services
PO Box 497
Oak Forest, IL 60452

Holland Printing, Inc
1007 East 162nd Street
South Holland, IL 60473

Ecolab
PO BOX 70343
Chicago, IL 60673-0343

Fox Valley Industrial Scale Inc
109 Ford Drive Suite D
New Lenox, IL 60451

Hollub Heating Inc.
1042 W. Jackson Blvd.
Chicago, IL 60607

Edward Don & Co.
9801 Adam Don Parkway
Woodridge, IL 60517

Frost Ruttenberg & Rothblatt P.C.
111 S. Pfingsten Rd.
Suite 300
Deerfield, IL 60015

Humana
500 W. Main St.
Louisville, KY 40202

EKS Management
6865 N Lincoln
Lincolnwood, IL 60712

FT Care, LLC
40 Norht Smith St.
Frankfort, IL 60423

IlliniCare Health Plan
999 Oakmont Plaza Drive
4th Floor
Westmont, IL 60559

Illinois Council on Long-Term Care
203 N. LaSalle St.
Suite 2100
Chicago, IL 60601

Illinois Department of Public Health
PO BOX 4263
Springfield, IL 62708

Independent Living Systems
5200 Blue Lagoon Drive
Suite 500
Miami, FL 33126

KT Care, LLC
100 Belle Air Ave.
Bourbonnais, IL 60914

Lifecore Rehab and Counseling Services
8051 W. 186th Street
STE.A
Tinley Park, IL 60487

LifeScan
5255 Golf Rd.
Skokie, IL 60077-1106

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

MAXXSOURCE
6301 W. Lincoln Ave.
West Allis, WI 53219

Medicaid
201 South Grand Avenue East
3rd FL
Springfield, IL 62763

Medical Diagnostic Services, Inc.
3701 W. Jarvis Ave.
Skokie, IL 60076

Medline Industries Inc.
Dept CH 14400
Palatine, IL 60055-4400

Meridian
222 N. LaSalle St., Suite 930
Chicago, IL 60601

Meyer Magence
4711 Golf Road
Suite 200
Skokie, IL 60076

MidCap Funding IV, LLC
7255 Woodmont Ave.
Suite 250
Bethesda, MD 20814

Midwest Time Recorder, Inc.
7964 South Madison St.
Burr Ridge, IL 60527

Mobile Mini Inc.
PO BOX 740773
Cincinnati, OH 45274-0773

Molina
1520 Kensington Road
Suite 212
Oak Brook, IL 60523

Next Level
3019 W. Harrison St.
Chicago, IL 60612

Nutrition Care Systems
8770 W. Bryn Mawr Ave
Suite 1300
Chicago, IL 60631-3515

ONR National
1101S Capital of Texas Hwy
Bldg G Ste 200
Austin, TX 78746

Pacific Telemanagement Services
2001 Crow Canyon Road Ste 201
San Ramon, CA 94583-5388

Parkway Elevators Inc.
1001 West Grand Ave.
Chicago, IL 60642

Peoples Gas
P.O.BOX 2968
Milwaukee, WI 53201-2968

Performance Food Group-TPC
8001 TPC. Road
Rock Island, IL 61204-7210

Personnel Planners Inc.
913 W. Van Buren
N-3A
Chicago, IL 60607

Pharmore Drugs LLC
3412 W. Touhy
Skokie, IL 60076

Phoenix Industrial Cleaning Inc.
5380 MCDERMOTT DR.
Berkeley, IL 60163

Physician Care Services S.C.
8051 186th Street
Tinley Park, IL 60487

Pitney Bowes Global Financial Serv
PO BOX 371887
Pittsburgh, PA 15250-7887

PointClickCare
P.O.Box 674802
Detroit, MI 48267

Positive Promotions
15 Gilpin Ave.
Hauppauge, NY 11788

Scrubs on Wheels Inc.
1730 Gateway Ct.
Elkhart, IN 46514

TM Healthcare Management LLC
1S443 Summit Ave.
Suite 204 A&B
Oakbrook Terrace, IL 60181

Prospect Resources Inc
8170 N McCormick Blvd
Suite #107
Skokie, IL 60076

Seco Refrigeration Inc.
PO BOX 88458
Chicago, IL 60680-1458

TN Care, LLC
1615 Sunset Ave.
Waukegan, IL 60087

Public Storage - SV
1414 S. Wabash Ave.
Chicago, IL 60605-2807

Secure Document Solutions
P.O.BOX 1265
New Lenox, IL 60451

UFCW Benefits Fund
9801 W. Higgins Road, Suite 500
Des Plaines, IL 60018

Purchase Power
PO BOX 371874
Pittsburgh, PA 15250-7874

Sentry Pest Control
PO Box 597451
Chicago, IL 60659

UFCW Local 1546
1340 Remington Rd.
Ste. WX
Schaumburg, IL 60173

Rehab Care
P.O. Box 503534
St. Louis, MO 63150-3534

Sharp Business Systems
Formerly Illinois Business Systems
Dept CH 14404
Palatine, IL 60055

UFCW Local 1546
1649 West Adams St., 2nd FL
Chicago, IL 60612

Rehab Care Group
680 South Fourth St.
Louisville, KY 40202

Simplex Grinnell Tyco
Dept. CH 10320
Palatine, IL 60055-0320

United Laboratories
PO BOX 410
Saint Charles, IL 60174-0410

Relias & Tsonas LLC
150 S WACKER DR
SUITE 1600
Chicago, IL 60606

Special Care
7444 Wilson Ave
Harwood Heights, IL 60706

UnitedHealthcare Insurance Compan
Dept. CH 10151
Palatine, IL 60055-0151

Rendered Services Inc.
3611 S. Iron Street
Chicago, IL 60609-1322

STERICYCLE INC
P.O. BOX 6575
CAROL STREAM, IL 60197-6575

US Dept of H.U.D. Region V
Attn: David Cole,  Sr. Acct. Exec.
77 W. Jackson Blvd., Room 2617
Chicago, IL 60604-3507

Rescor
5344 East Ave.
Countryside, IL 60525

Superior Knife Inc.
8120 N. Central Park
Skokie, IL 60076-2907

VERIFY
206 South Sixth Street
Springfield, IL 62701

Washtown Equipment Co. Inc.
4036 W. Montrose Ave.
Chicago, IL 60641


Waste Management
PO BOX 4648
Carol Stream, IL 60197-4648


Wells Fargo Financial Leasing
PO Box 10306
Des Moines, IA 50306-0306


Williams Bax & Saltzman P.C.
221 North Lasalle Street
Suite 3700
Chicago, IL 60601


Windstream-Louisville
Paetec Services
PO BOX 9001013
Louisville, KY 40290-1013


Xcel Med LLC
3401 W. Madison
Skokie, IL 60076-2928

# United States Bankruptcy Court
## Northern District of Illinois

In re   SV Care, LLC  
Debtor(s)

Case No.  
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   SV Care, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

JLM Financial Healthcare, LP, a
Texas limited partnership, its
sole member

☐ None [*Check if applicable*]

10/30/17  
Date

DAVID K. WELCH  
Signature of Attorney or Litigant  
Counsel for   SV Care, LLC  
Crane, Heyman, Simon, Welch & Clar  
Suite 3705  
135 South LaSalle Street  
Chicago, IL 60603-4297  
312-641-6777 Fax:312-641-7114